1 | TRINETTE G. KENT (State Bar No. 025180)
2 | KENT LAW OFFICES
3 | 10645 North Tatum Blvd., Suite 200-192
    | Phoenix, AZ 85028
4 | Telephone: (480) 247-9644
5 | Facsimile: (480) 717-4781
    | E-mail: tkent@kentlawpc.com
6 |
7 | *Attorneys for Plaintiff,*
    | *Christian Moosman*
8 |
9 |                IN THE UNITED STATES DISTRICT COURT
10|                    FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Moosman | Case No.: 2:15-cv-00955-DGC |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Experian Information Solutions, Inc., an Ohio corporation; Equifax Information Services, LLC, a Georgia corporation; Mountain America Federal Credit Union, a foreign corporation; and N.A.R., Inc., also known as North American Recovery, Inc., a Utah corporation, | |
| Defendants. | |

1

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Stipulation and Order of Dismissal with Prejudice as to Defendant, Experian Information Solutions, Inc., pursuant to Fed. R. Civ. P. 41(a) within 60 days.

RESPECTFULLY SUBMITTED this <u>6th</u> Day of August, 2015

>KENT LAW OFFICES
>
>By:___/s/___*Trinette G. Kent*___
>Trinette G. Kent
>Attorneys for Plaintiff,
>Christian Moosman

2