TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorneys for Plaintiff,*
*Christian Moosman*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Moosman, <br>     Plaintiff, <br><br> vs. <br><br> Experian Information Solutions, Inc., an Ohio corporation; <br> Equifax Information Services, LLC, a Georgia corporation; <br> Mountain America Federal Credit Union, a foreign corporation; and <br> N.A.R., Inc., also known as North American Recovery, Inc., a Utah corporation, <br><br>     Defendants. | Case No.: CV-15-00955-PHX-DGC <br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES, LLC** |

1

Plaintiff, Christian Moosman, and Defendant, Equifax Information Services, LLC, through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action is hereby dismissed with prejudice against Defendant, Equifax Information Services, LLC, with each party to bear its own attorneys' fees and costs.

DATED: August 12, 2015

| Plaintiff | Defendant |
|---|---|
| /s/ Trinette G. Kent | /s/ Jacob C. Jones |
| TRINETTE G. KENT | JACOB C. JONES |
| KENT LAW OFFICES | SNELL & WILMER LLP |
| 10645 North Tatum Blvd. | One Arizona Center |
| Suite 200-192 | 400 E. Van Buren, Ste. 1900 |
| Phoenix, AZ  85028 | Phoenix, AZ  85004-2202 |
| *Attorney for Plaintiff, Scott Wathey* | *Attorney for Defendant, Equifax Information Services, LLC* |