IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Moosman,<br>　　　　　Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc.,<br>an Ohio corporation; , et al.,<br><br>　　　　　Defendants. | No.: CV-15-00955-PHX-DGC<br><br><br>**ORDER** |

　　　Pursuant to the parties' Stipulation for Dismissal with Prejudice as to N.A.R., Inc., also known as North American Recovery, Inc. (Doc. 45).

　　　**IT IS ORDERED** that this action is dismissed with prejudice as to Defendant, N.A.R., Inc., also known as North American Recovery, Inc., with each party to bear its own attorneys' fees and costs.

　　　Dated this 19th day of August, 2015.

_____
David G. Campbell
United States District Judge

1