# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Moosman,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC, ; a Georgia corporation, Experian Information Solutions, Inc., an Ohio corporation, Mountain America Federal Credit Union, a foreign corporation; and N.A.R., Inc., also known as North American Recovery, Inc., a Utah corporation,<br><br>　　　　　Defendants. | **No. CV15-00955-PHX DGC**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to stipulation of the parties. Doc. 55.

**IT IS ORDERED** that the stipulation (Doc. 55) is **granted.** Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Each party shall bear his or its own attorneys' fees and costs included herein.

Dated this 11th day of September, 2015.

_____
David G. Campbell
United States District Judge